# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

Charles Dylan Kay

Defendant.

JUDGMENT

Case Number: 2:03-cr-00074-GMN

(Related case: 2:16-cv-01466-GMN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of USA and against Charles Dylan Kay. A Certificate of Appealability is Denied.

9/25/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk